IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   *Plaintiff,*<br><br>v.<br><br>JEREMY MALDONADO-RIVERA [1],<br>   *Defendant.* | Criminal No. 25-164 (GLS) |

### MOTION TO WITHDRAW AS ATTORNEY AND FOR APPOINTMENT OF CJA COUNSEL

**TO THE HONORABLE COURT:**

The Federal Public Defender (FPD) through undersigned counsel, respectfully states and requests the following:

1. An initial appearance was held in this matter at which time the FPD was appointed as counsel for Mr. Maldonado (docket entry not yet entered). The undersigned filed a notice of appearance on February 28, 2025. Docket No. 3.

2. However, the United States has informed that the FPD has a conflict with this case that does not allow it to continue representing Mr. Maldonado.

3. As such, the undersigned moves to withdraw from this matter and recommends that counsel from the CJA panel be appointed to represent Mr. Maldonado.

**WHEREFORE**, it is respectfully requested that the Court take note of the above and grant the present motion.

**I CERTIFY** that on this date I electronically filed the present motion with the Clerk of the Court using the CM/ECF system, which will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of March, 2025.

**RACHEL BRILL**
Federal Public Defender
District of Puerto Rico

*S/Joanna E. LeRoy*
Joanna LeRoy
Assistant Federal Public Defender
Federal Public Defender
USDC-PR G03416
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Joanna_LeRoy@fd.org
